2L 490
    47  733

### FOSSIER vs. HERRIES.

APPEAL FROM THE COURT OF THE PARISH AND CITY
            OF NEW-ORLEANS.

In a contract to build, if the owner consent to a deviation from the origi-
nal plan, he is liable to the undertaker for such extra work as may be caused
by the change.

. The plaintiff and defendant entered into a written con-
tract, by which the former undertook to construct a building
agreeably to a plan furnished at the time.   It was afterwards
found necessary, in consequence of the form of the lot, to de-
viate from the original plan.  This alteration was commu-
nicated to the defendant, who acquiesced in the change, and
observed to the plaintiff he should risk nothing by it.   This
action was brought to recover for extra work, &c.   There
was judgment for the plaintiff, and the defendant appealed.

    Janin for appellant.
    Pitot for appellee.

    Mathews, J. delivered the opinion of the court.
    This is a case in which an undertaker of a building sues
for a balance due on a written contract, and also for the value
of extra labour done on said building, by the consent of the
owner.   The plaintiff obtained judgment in the court below,
from which the defendant appealed.
    It appears by the evidence of the case, that a written con-

tract was entered into by the parties, in which the plan of the house to be constructed was delineated, and which represented a building of right-angles, to be made of wood filled in with bricks. After the workmen had prepared the timbers to be united in a rectangular edifice, according to the plan, it was found that the form of the lot on which the house was to be constructed, did not correspond with said plan, which rendered alterations necessary. The defendant was present when this discovery was made, and told the undertaker to proceed to make the necessary changes, and that he should risk nothing thereby.

The testimony of witnesses establishes the value of the extra work corresponding to the judgment of the Parish Court, which we believe to be well founded, both in law and the facts of the case.

It is therefore ordered, adjudged, and decreed, that the judgment of the court below be affirmed with costs, &c.

*Eastern District,*
*June 1831.*

FOSSIER
*vs.*
HERRIES.

In a contract to build if the owner consent to a deviation from the original plan, he is liable to the undertaker for such extra work as may be caused by the change.